**DISMISSED and Opinion Filed August 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00732-CR

**MARTY LEE WHITE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-18887-J**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Whitehill

Marty Lee White filed his pro se notice of appeal on June 21, 2019. We abated the case for the appointment of counsel but before the trial court could do so, appellant filed a signed pro se motion to dismiss the appeal. TEX. R. APP. P. 42.2(a).

We grant the motion and dismiss this appeal.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190732F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MARTY LEE WHITE, Appellant

No. 05-19-00732-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3, Dallas County, Texas
Trial Court Cause No. F18-18887-J.
Opinion delivered by Justice Whitehill.
Justices Partida-Kipness and Pedersen, III participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered August 16, 2019